JACK A. KAUFMAN, Appellant, v. GOLDMAN STORES CORPORATION, Respondent.*

First Department, December 23, 1937.

* Affg. 161 Misc. 773.

*Maurice Knapp* of counsel [*Murray C. Spett* and *Ralph H. Wiener* with him on the brief; *Weisman, Quinn, Allan & Spett,* attorneys], for the appellant.

*Arthur A. McGivney* of counsel [*Walter T. Stern* with him on the brief; *Stern & McGivney,* attorneys], for the respondent.

PER CURIAM. The determination of the Appellate Term should be affirmed, with costs, on the ground that the facts adduced in this record clearly show that the acts of the employee constituted an acceptance by him of the termination of the alleged oral employment agreement.

Present — MARTIN, P. J., GLENNON, DORE, COHN and CALLAHAN, JJ.

Determination unanimously affirmed, with costs and disbursements.